DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE  (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENE OGLESBY, MARK RANDAL OLGESBY, CHRISTINE SUSANNE HINKLE, WAYNE WILLIAM OGLESBY, JULIE MICHELLE HAY, individually and as the Successors in Interest of ROBERT OGLESBY, Deceased,<br><br>           Plaintiffs,<br>     vs.<br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH,  KERN MEDICAL CENTER, and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. CV-F-05-00873 TAG<br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

///

///
///
///
///

THE PARTIES TO THIS ACTION, THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE THAT Plaintiffs may be granted leave to: (a) amend the Complaint to add a cause of action for elder abuse; and (b) more specifically, file the proposed First Amended Complaint attached hereto as Exhibit A.  It is understood and agreed that Defendants enter this stipulation as an accommodation and to save time and expenses for the Court and all parties.  Defendants do not concede the merits or availability of an elder abuse theory, and reserve all rights and defenses thereto including the Statute of Limitations, California Tort Claims Act issues and defenses, subject matter jurisdictional defenses and all defenses on the merits and at law.

Dated:  July 7, 2006            RODRIGUEZ & ASSOCIATES

                                By: /s/ Charles R. Chapman_____
                                    Charles R. Chapman, Esq.,
                                    Counsel for Plaintiffs


Dated:  June 19, 2006           B.C. BARMANN, SR, COUNTY COUNSEL


                                By:  /s/ Robert Woods
                                    Robert D. Woods, Chief Deputy
                                Counsel for Defendants, COUNTY OF KERN
                                Also Erroneously Sued In The Name Of Its
                                Integral Agencies KERN MEDICAL CENTER
                                And KERN COUNTY SHERIFF'S
                                DEPARTMENT


Dated:  July 6, 2006            ROBINSON & KELLAR

                                By:   /s/ Oliver U. Robinson
                                    Oliver U. Robinson

Counsel for Defendant SHERIFF MACK WIMBISH

**ORDER**

Pursuant to Fed. R. Civ. P. 15(a), and once an answer to a complaint has been filed, a party may amend its pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.  Fed. R. Civ. P. 15(a).  A stipulation to permit amendment having been signed in this case, Plaintiffs are granted leave to file a First Amended Complaint in the form attached to the Stipulation to File First Amended Complaint.

IT IS SO ORDERED.

Dated:  **July 17, 2006**          **/s/ Theresa A. Goldner**
**j6eb3d**                  UNITED STATES MAGISTRATE JUDGE