B. C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Judith M. Denny, Deputy (SBN 200001)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone 661-868-3800

Attorneys for Defendants,
County of Kern, Kern County
Sheriff's Department and
Kern Medical Center

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENE OGLESBY, MARK RANDAL OGLESBY, CHRISTINE SUSANNE HINKLE, WAYNE WILLIAM OGLESBY, JULIE MICHELLE HAY, individually and as the Successors in Interest of ROBERT OGLESBY, Deceased,<br><br>     Plaintiffs,<br><br> v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, KERN MEDICAL CENTER, and DOES 1 to 100, inclusive,<br><br>     Defendants. | Case No.  1:05-cv-00873-TAG<br><br>**STIPULATION RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |

   IT IS HEREBY STIPULATED, by and between the plaintiffs, LORENE OGLESBY, MARK RANDAL OGLESBY, CHRISTINE SUSANNE HINKLE, WAYNE WILLIAM OGLESBY, JULIE MICHELLE HAY, individually and as the Successors in Interest of ROBERT OGLESBY, Deceased, on behalf of themselves, and defendants, COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, KERN MEDICAL CENTER and SHERIFF MACK WIMBISH, by and through their designated counsel, that the above-

1 captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of
2 Civil Procedure, Rule 41(a)(1).
3     IT IS FURTHER STIPULATED that each of the parties have agreed to bear their
4 own costs and attorney's fees.
5     IT IS FURTHER STIPULATED that the parties agree that this stipulation may be
6 signed in counterpart.

Dated: May 1, 2007        B.C. BARMANN, SR., COUNTY COUNSEL

                          By    /s/ Judith M. Denny
                                Judith M. Denny, Deputy
                                Attorneys for Defendants, County of Kern,
                                Kern County Sheriff's Department, and
                                Kern Medical Center

Dated: May 2, 2007        LAW OFFICES OF ROBINSON & KELLAR

                          By    /s/ Oliver U. Robinson
                                Oliver U. Robinson, Esq.
                                Attorney for Defendant Sheriff Mack Wimbish

Dated: April 25, 2007     By    /s/ Lorene Oglesby
                                Lorene Oglesby, in pro per

Dated: April 21, 2007     By    /s/ Mark R. Oglesby
                                Mark Randal Oglesby, in pro per

Dated: April 25, 2007     By    /s/ Wayne W. Oglesby
                                Wayne William Oglesby, in pro per

Dated: April 25, 2007     By    /s/ Christine S. Hinkle
                                Christine Susanne Hinkle, in pro per

Dated: April 25, 2007     By    /s/ Julie M. Hay
                                Julie Michelle Hay, in pro per

**ORDER**

IT IS HEREBY ORDERED that defendants, County of Kern, Kern County Sheriff's Department, Kern Medical Center and Sheriff Mack Wimbish are dismissed with prejudice, all parties to bear their own costs.

IT IS SO ORDERED.

Dated:  **May 2, 2007**                                               **/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE